STATE OF MONTANA ex rel. WILLARD BRURUD, Relator, *v.* The WORKERS' COMPENSATION COURT of the STATE OF MONTANA and the HONORABLE WILLIAM E. HUNT, Judge thereof, Respondents.

No. 13375.
Decided May 21, 1976.
549 P.2d 1081.

## ORDER

An adversary hearing having been held on the petition for writ of mandate to direct respondent court and judge to rule immediately on relator's claim;

This Court finds, concludes and holds that a writ of mandate should not issue herein for the following reasons:

1. The essential facts necessary to determination of the issue herein are not in the record before us. Section 93-9107, R.C.M.1947.

2. The remedy at law is adequate. Section 93-9103, R.C.M. 1947. *Stewart v. State,* 135 Mont. 323, 340 P.2d 151, and cases cited therein.

3. Relator has failed to carry his burden of proving respondent's failure to perform a clear legal duty. *State ex rel. Lucier v. Murphy,* 156 Mont. 186, 478 P.2d 273, and cases cited therein.

Accordingly the petition is denied without prejudice.